FILED by DG D.C.

Jun 30, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**16-20525-CR-BLOOM/VALLE**
CASE NO. _____

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

LEONARD ROSALVO OBIN,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Possession of 15 or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about May 10, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LEONARD ROSALVO OBIN,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

**COUNTS 2-4**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about May 10, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LEONARD ROSALVO OBIN,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Name, date of birth, and social security number of "M.P." |
| 3 | Name, date of birth, and social security number of "B.R." |
| 4 | Name, date of birth, and social security number of "J.L." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

2

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendant shall forfeit to the United States a) any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and b) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MATTHEW J. LANGLEY
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LEONARD ROSALVO OBIN,

        **Defendant.**
_____ /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

  X   Miami    ___ Key West
 ___ FTL     ___ WPB   ___ FTP

New Defendant(s)  Yes ___ No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No**
   List language and/or dialect

4. This case will take  **2-3**  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | X | | Petty | |
   | II | 6 to 10 days | | | Minor | |
   | III | 11 to 20 days | | | Misdem. | |
   | IV | 21 to 60 days | | | Felony | X |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)  **No**
   If yes:
   Judge:                      Case No.
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  **No**
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)  **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes ___  No **X**

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  Yes ___  No **X**

_____
MATTHEW T. LANGLEY
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 97331

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LEONARD ROSALVO OBIN

**Case No:** _____

Count #: 1

Possession of 15 or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 2-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**